# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RICHARD ULRICH, | : | No. 2 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court dated December |
| | : | 7, 2015 at No. 535 MD 2015. |
| v. | : | |
| | : | |
| | : | |
| GOVERNOR TOM WOLF, SECRETARY | : | |
| JOHN WETZEL, SUPERINTENDENT | : | |
| TAMMY FERGUSON, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

    **AND NOW,** this 15th day of August, 2016, the Order of the Commonwealth Court is **AFFIRMED**.